1
2
3
4
5

6         **IN THE UNITED STATES DISTRICT COURT**

7         **EASTERN DISTRICT OF CALIFORNIA**

8

9    UNITED STATES OF AMERICA,              CASE No. 1:17-cv-1227-LJO-SAB

10                        Petitioner,         ORDER REQUIRING RESPONDENT TO SHOW
                                              CAUSE WHY HE SHOULD NOT BE COMPELLED
11          v.                                TO COMPLY WITH IRS SUMMONS

12   JON KNUTSON, SOLE MEMBER, GOLDEN   DATE:      WEDNESDAY, NOVEMBER 15, 2017
     VALLEY SUPPORTIVE SERVICES,         Time:      10:00 a.m.
13                                        Ctrm:      9, 6th Floor
                        Respondent.       Judge:     Honorable Stanley A. Boone
14

15

16

17        Upon the petition of PHILLIP A. TALBERT, United States Attorney for the Eastern District of

18   California, including the verification of Revenue Officer MICHAEL J. PAPASERGIA, and the Exhibit

19   attached thereto, it is hereby:

20        ORDERED that the Respondent, JON KNUTSON, SOLE MEMBER, GOLDEN VALLEY

21   SUPPORTIVE SERVICES, appear before United States Magistrate Judge Stanley A. Boone, in that

22   Magistrate Judge's courtroom in the United States Courthouse, 2500 Tulare St., Fresno, California, on

23   **Wednesday, November 15, 2017, at 10:00 a.m.**, to show cause why the respondent should not be

24   compelled to obey the IRS summons issued on March 20, 2017.

25             It is further ORDERED that:

26        1.    The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and

27   Local Rule 302(c)(9), at the hearing scheduled above.  After hearing, the Magistrate Judge intends to

28

1  submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed
2  by the Clerk and a copy provided to all parties.

3      2.        Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee,
4  and all federal employees designated by that employee, to serve process in this case.

5      3.        To afford the respondent an opportunity to respond to the petition and the petitioner an
6  opportunity to reply, a copy of this order, the Petition and its Exhibits, and the Points and Authorities,
7  shall be served by delivering a copy to the respondent personally, or by leaving a copy at the
8  respondent's dwelling house or usual place of abode with some person of suitable age and discretion
9  then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days
10  before the show cause hearing date including any continued date.

11      4.        Proof of any service done under paragraph 3, above, shall be filed with the Clerk as soon
12  as practicable.

13      5.        If the federal employee assigned to serve these documents is not reasonably able to serve
14  the papers as provided in paragraph 3, petitioner may request a court order granting leave to serve by
15  other means. *See* Fed. R. Civ. P. 81(a)(5). The request shall detail the efforts made to serve the
16  respondent.

17      6.        The file reflects a *prima facie* showing that the investigation is conducted pursuant to a
18  legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not
19  already within the Commissioner's possession, and that the administrative steps required by the Code
20  have been followed. See United States v. Powell, 379 U.S. 48, 57-58 (1964). The burden of coming
21  forward therefore has shifted to whoever might oppose enforcement.

22      7.        If the respondent has any defense or opposition to the petition, such defense or opposition
23  shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at
24  least **10 days** before the show cause hearing date including any continued date.

25      8.        At the show cause hearing, the Magistrate Judge intends to consider the issues properly
26  raised in opposition to enforcement. Only those issues brought into controversy by the responsive
27  pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will
28  be considered admitted.

9.      The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least **10 days** before the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated:    **September 14, 2017**

UNITED STATES MAGISTRATE JUDGE